IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRI HUNT, ) | Case Number:  8:05CV58 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., et al, ) | |
| ) | |
| Defendants. ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties.  Accordingly,

IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 21st day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court