# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRI HUNT, | ) | |
| | ) | 8:05CV58 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. and AMERICAN CREDIT SYSTEMS, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court *sua sponte*. Although it appears on the face of the record that the defendant American Credit Systems, Inc. has failed to timely answer or otherwise respond to the plaintiff's complaint, the plaintiff has not applied for entry of default by the Court pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a).

Accordingly, the Court orders the plaintiff to make application for default or to show good cause, by affidavit filed with the Clerk of the Court, why this action should not be dismissed against American Credit Systems, Inc., such application or showing of good cause to be filed on or before **May 27, 2005.**

In the event the plaintiff fails to timely make such application or showing, it shall be recommended that this action against American Credit Systems, Inc. be dismissed for lack of prosecution.

DATED this 12th day of May, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge