IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRI HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV58 |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| EXPERIAN INFORMATION SOLUTIONS, and AMERICAN CREDIT SYSTEMS, INC., | ) ) ) | AS TO DEFENDANT AMERICAN CREDIT SYSTEMS, INC. |
| | ) | |
| Defendants. | ) ) | |

The matter before the court is the plaintiff's Notice of Dismissal regarding defendant American Credit Systems, Inc.. Filing No. 23. No objection has been filed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the plaintiff's cause of action against defendant American Credit Systems, Inc., is hereby dismissed in its entirety, without prejudice.

DATED this 31st day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge