IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRI HUNT, | ) | |
| | ) | 8:05CV58 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Amendment and Class Certification Deadlines (Filing No. 27). The plaintiff seeks an extension of the deadlines to move to amend the pleadings and to seek class certification by sixty days. The defendant does not oppose the extensions. **See** Filing No. 28. The court will also move the planning conference until after the deadline for motions for class certification. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Amendment and Class Certification Deadlines (Filing No. 27) is granted, as set forth herein.

2. Any motions to add parties or to amend pleadings to this action shall be filed by the plaintiff **on or before September 15, 2005**, and by the defendant **on or before October 17, 2005**.

3. Any motion to certify this case as a class action shall be filed **not later than October 31, 2005**.

4. The telephone conference with the undersigned magistrate judge is continued from September 15, 2005, until **November 18, 2005, at 9:30 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. The plaintiff's counsel shall initiate the telephone conference.

DATED this 30th day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge