# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRI HUNT, | ) | |
| | ) | 8:05CV58 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to withdraw of Michelle M. Douglas of the law firm McGrath, North, Mullin & Kratz, P.C. (Filing No. 34), counsel for the defendant. Substitute counsel has entered an appearance for the defendant. **See** Filing No. 33. The Court finds the movants have shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Michelle M. Douglas of the law firm McGrath, North, Mullin & Kratz, P.C. as counsel for the defendant (Filing No. 34) is granted.

2. The Clerk of Court shall stop all electronic notices to Michelle M. Douglas regarding this case.

DATED this 11th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge