# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERRI HUNT,** | ) | |
| | ) | **8:05CV58** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to compel (Filing No. 39). During a telephone conference with the undersigned magistrate judge on November 18, 2005, counsel for the parties informed the court that the matters contained in the motion to compel have been resolved by the parties. Accordingly,

**IT IS ORDERED:**

The plaintiff's Motion to Compel (Filing No. 39) is denied as moot.

DATED this 18th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge