IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRI HUNT, ) | |
| ) | 8:05CV58 |
|      Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
|      Defendant. ) | |

This matter is before the court on the plaintiff's motion to extend time (Filing No. 54) and the parties' Stipulation to Amend Case Progression Deadlines (Filing No. 56). For good cause shown, the motions are granted as set forth below.

**IT IS ORDERED:**

1. The plaintiff's motion to extend time (Filing No. 54) and the parties' Stipulation to Amend Case Progression Deadlines (Filing No. 56) are granted as set forth below.

2. The deadline to complete depositions is extended until **July 31, 2006**.

3. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional expert witnesses **not later than April 10, 2006**, provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. Rule 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of deposition.

4. Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises **not later than June 26, 2006**.

5. Any motion in limine challenging the admissibility of testimony of an expert witness under Fed. R. Evid. 702, shall be filed **on or before June 5, 2006**.

6. All motions for summary judgment shall be filed **on or before May 15, 2006**. **See** NECivR 56.1 and 7.1.

7.	All other dates in the November 18, 2005 Final Progression Order remain unchanged.  **See** Filing No. 47.

DATED this 8th day of March, 2006.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                               United States Magistrate Judge