# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRI HUNT,<br><br>          Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>          Defendant. | )<br>)  **Case No.: 8:05-CV-58**<br>)<br>)<br>)  ORDER GRANTING<br>)  PLAINTIFF'S MOTION TO<br>)  CONTINUE OR EXTEND<br>)  PLAINTIFF'S RESPONSE<br>)  TO DEFENDANT'S MOTION<br>)  FOR SUMMARY JUDGMENT<br>)<br>) |

This matter is before the Court on the Plaintiff's Motion to Continue or Extend the date for the plaintiff's response to the defendant's Motion for Summary Judgment Pursuant to Rule 56(f).

The Court, having reviewed the Motion (Document No.80) and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that the Plaintiff is granted thirty-five (35) additional days to respond to the defendant's Motion for Summary Judgment from June 4, 2006, until July 10, 2006.

Dated this 19th day of May, 2006.

                                              BY THE COURT:

                                              s/Joseph F. Bataillon
                                              United States District Judge

PREPARED AND SUBMITTED BY:
William L. Reinbrecht, #20138
Car & Reinbrecht, P.C., L.L.O.
8720 Frederick Street, Suite 105
Omaha, NE 68124
(402) 391-8484 phone
(402) 391-1103 fax
Attorneys for Plaintiff