**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TERRI HUNT,** ) | |
| ) | **8:05CV58** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a pretrial conference with the parties. During the conference, the court discussed various motions in limine filed by the parties. In accordance with such discussion,

**IT IS ORDERED:**

1. The motions in limine set forth in Filing Nos. 96, 126, 127, and 128 are denied as moot.

2. The motions in limine set forth in Filing Nos. 123, 131, 132, 133 and 134 will be addressed by the trial judge. Responses to such motions shall be filed **on or before September 8, 2006**.

DATED this 5th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
