# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERRI HUNT,** | ) | |
| | ) | **8:05CV58** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS,** | ) | |
| | ) | |
| Defendant. | ) | |

A settlement conference with the undersigned magistrate judge and the parties convened on September 18, 2006. The parties arrived at a settlement.

**IT IS ORDERED:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned magistrate judge **on or before October 4, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NELR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 18th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge